UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL RIVERA, | : | CIVIL NO: 1:21-CV-01118 |
| Plaintiff, | : | (Magistrate Judge Schwab) |
| v. | : | |
| LIEUTENANT REDFERN, *et al.*, | : | |
| Defendants. | : | |

**<u>ORDER</u>**
February 21, 2023

For the reasons set forth in the Memorandum Opinion filed concurrently with this Order, **IT IS ORDERED** that the defendants' motion (*doc. 22*) for summary judgment is **GRANTED**.  The Clerk of Court shall enter judgment in favor of the defendants and against the plaintiff and then close this case.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge